AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:15cr126 |
| | ) | |
| Lumber Liquidators, Inc. | ) | |
| *Defendant* | ) | |

FILED IN OPEN COURT
OCT 22 2015
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: Oct. 22, 2015

*Defendant's signature*

*Signature of defendant's attorney*

Patrick Hanes
*Printed name of defendant's attorney*

*Judge's signature*
/s/
Raymond A. Jackson
United States District Judge
*Judge's printed name and title*